R# 291575

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                          Case No. 09-26351-BKC-RAM
                                                                Chapter 7
MICHAEL ARGENTI

    Debtor(s).
_____/

*U.S. BANKRUPTCY COURT*
*SO. DISTRICT OF FLORIDA*
*JUL 28 2011*
*FILED / RECEIVED*

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

The trustee has a balance of $4.06 remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 7/26/11

Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, FL 33302
Phone: 954/761-8707
Fax: 954/761-1033
E-mail: trustee@kapilaco.com

Copies to: U.S. trustee

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

MICHAEL ARGENTI

        Debtor(s).

_____/

Case No. 09-26351-BKC-RAM
Chapter 7

### Attachment

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| 3 | American Express<br>c/o Beckett & Lee, LLP<br>PO Box. 3001<br>Malvern, PA 19355 | $1,165.00 | $4.06 |

Soneet R. Kapila, Federal Bankruptcy Trustee
Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com